**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 21, 2026



**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *Kahtan 170 Deli Corp. v. USDA*, *et al.*, No. 26 Civ. 1531 (KPF)

Dear Judge Failla:

     This Office represents Defendants the United States Department of Agriculture and the United States of America in the above-referenced action brought by Plaintiff Kahtan 170 Deli Corp. to set aside Defendants' decision to impose a temporary six-month disqualification from the Supplemental Nutrition Assistance Program. At this time, the parties are actively discussing the possibility of resolving this action through settlement.

     Accordingly, I write jointly with Plaintiff to request that the Court adjourn without date the May 21 deadline to submit a joint letter and Proposed Case Management Plan and Scheduling Order, as well as the May 29 initial pretrial conference, and order the parties to submit a joint status update every 30 days regarding the status of settlement discussions. The requested adjournments would allow the parties additional time to resolve this action without further litigation. Neither party has previously sought an extension or adjournment of any deadlines in this action, and, as noted above, Plaintiff joins in this request.

     I thank the Court for its consideration of these requests.

                 Respectfully,

                 JAY CLAYTON
                 United States Attorney for the
                 Southern District of New York

     By:    */s/ Alyssa B. O'Gallagher*
             ALYSSA B. O'GALLAGHER
             Assistant United States Attorney
             Tel.:   (212) 637-2822
             Email: Alyssa.O'Gallagher@usdoj.gov

Application GRANTED.

In light of the parties' above-representations about their settlement efforts, the initial pretrial conference ("IPTC") is hereby ADJOURNED *sine die*.  The parties are directed to file joint status updates every 30 days, beginning on or before **June 22, 2026.**  In the event that the parties' settlement efforts fail, the Court will reschedule the IPTC and direct the parties to file a Civil Case Management Plan and Scheduling Order.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    May 22, 2026          SO ORDERED.
          New York, New York


          HON. KATHERINE POLK FAILLA
          UNITED STATES DISTRICT JUDGE